UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI HUSSEIN DARWICH,

        Plaintiff,        CASE NO. 2:13-CV-13146

vs.        HONORABLE GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

JOHN DOE,

        Defendant.
_____/

## OPINION AND ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO CORRECT THE DEFICIENCY

Plaintiff is an inmate who was confined at the St. Clair County Jail in Port Huron, Michigan when he filed his complaint but who has since been transferred to the Federal Correctional Institution in Terre Haute, Indiana. On July 31, 2013, Magistrate Judge R. Steven Whalen signed an order of deficiency, which required plaintiff to provide sufficient copies of the complaint for service upon the defendants as well as sufficient information identifying the defendants so that service could be effected upon them.

Plaintiff has now filed a motion for an extension of time to obtain the documentation necessary to correct the deficiency.

A district court may, in its discretion, grant an additional thirty days from the date of the filing of the extension order to allow the prisoner to correct the deficiency. *See McGore v. Wrigglesworth,* 114 F. 3d 601, 605 (6th Cir. 1997). Accordingly, the Court grants plaintiff an additional thirty days from the filing of this order to file the necessary documentation to correct his deficiency. Failure to file the documentation within thirty

days of this extension order will result in dismissal of the action.

Dated:  September 11, 2013

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 11, 2013, by electronic and/or ordinary mail and also on Ali Darwich #45049-039, Terre Haute, U.S. Penitentiary, Inmate Mail/Parcels, P.O. Box 33, Terre Haute, IN 47808.

s/Barbara Radke
Deputy Clerk